# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. CARLOS COSME, Defendant. | CRIM CASE NO. 10cr3044WQH<br>CIVIL CASE NO. 16cv653WQH<br>CIVIL CASE NO. 16cv2049<br>**ORDER** |
|---|---|

HAYES, Judge:

The matter before the Court is the motion to reopen and reenter judgment pursuant to Federal Rules of Civil Procedure 60(b)(1) and 60(b)(6) (ECF No. 2360) filed by Defendant/Petitioner.

On January 11, 2017, this Court entered an order denying the motion pursuant to 28 U.S.C. § 2255 on the grounds of ineffective assistance of counsel filed by the Defendant/Petitioner. (ECF No. 2333). Defendant moves the Court to reopen his case and to reenter judgment on the grounds that his counsel did not send his a copy of the order denying relief and it recently came to his attention that the motion had been denied.

"Rule 60(b)(6) is a catch-all provision that allows a court to vacate a judgment for 'any other reason justifying relief from the operation of the judgment.' That rule has been used sparingly as an equitable remedy to prevent manifest injustice." *Lehman v. U.S.*, 154 F.3d 1010, 1017 (9th Cir. 1998). Relief under Rule 60(b)(6) "is to be utilized only where extraordinary circumstances prevented a party from taking timely action to prevent or correct an erroneous judgment." *Harvest v. Castro*, 531 F.3d 737,

749 (9th Cir. 2008) (internal quotation marks omitted). The Court concludes that Defendant/Petitioner has moved in a timely manner and set forth good cause to reopen and reenter judgment.

IT IS HEREBY ORDERED that the motion to reopen and reenter judgment pursuant to Federal Rules of Civil Procedure 60(b)(1) and 60(b)(6) (ECF No. 2360) filed by Defendant/Petitioner is granted.

IT IS FURTHER HEREBY ORDERED that motion pursuant to 28 U.S.C. § 2255 (ECF No. 2301) is denied on the grounds stated in the January 11, 2017 order (ECF No. 2333). As stated in the January 11, 2017 order, a certificate of appealability is denied. The Clerk of the Court shall send a copy of this order and a copy of ECF No. 2333 to the Defendant at the address stated in ECF No. 2360.

DATED: November 6, 2017

**WILLIAM Q. HAYES**
United States District Judge